UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                              CASE NO. 09-50092-PCY5
                                                    CHAPTER 13
KAREN SANDERS

           Debtor(s)
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

    **COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR KAREN SANDERS which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 393753 in the amount of $15.00 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>OFFICE OF THE CHAPTER 13 TRUSTEE
>POST OFFICE BOX 646
>TALLAHASSEE, FL 32302
>ldhecf@earthlink.net
>(850) 681-2734 "Telephone"
>(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

KAREN SANDERS
20915 N.E. STATE ROAD 20     ,
HOSFORD, FL 32334

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>OFFICE OF CHAPTER 13 TRUSTEE

6/29/2010 10:21 am / CR_213